IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MELODEE H. and JON H., parents of Kelii H. | ) ) ) | CIVIL 05-00731JMS-BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on April 27, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

\\

\\

\\

\\

\\

\\

Recommendation to Deny Plaintiffs' Motion regarding Entitlement to Fees" are

adopted as the opinion and order of this Court.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, May 17, 2006.



                      J. Michael Seabright
                      United States District Judge

cc: all parties of record